Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the ‾

Southern District of Texas

_____ Division

Nameah Helaire

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes   ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Texas Department of Child Protective Services
Melanie Turner, Cyntera Jnofinn, Salena Williams,
Martha Wilkins, Uriah Barnaby, Cecilia Weisberg

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Nameah Helaire |
| Address | 910 Pollard St |
| | Houston     TX     77020 |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | 470-285-0714 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Texas Department of Child Protective Services |
| Job or Title *(if known)* | |
| Address | 9111 Eastex Fwy Ste 600, |
| | Houston     TX     77093 |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | (713) 767-2000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Melanie Turner |
| Job or Title *(if known)* | CPS Supervisor |
| Address | 9111 Eastex Fwy Ste 600, |
| | Houston     TX     77093 |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nameah Helaire |
| Address | 910 Pollard St |
| | Houston          TX          77020 |
| | *City          State          Zip Code* |
| County | |
| Telephone Number | 470-285-0714 |
| E-Mail Address | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Texas Department of Child Protective Services |
| Job or Title *(if known)* | |
| Address | 9111 Eastex Fwy Ste 600, |
| | Houston          TX          77093 |
| | *City          State          Zip Code* |
| County | |
| Telephone Number | (713) 767-2000 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Melanie Turner |
| Job or Title *(if known)* | CPS Supervisor |
| Address | 9111 Eastex Fwy Ste 600, |
| | Houston          TX          77093 |
| | *City          State          Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity   [ ] Official capacity

Defendant No. 3

Name — Salena Williams

Job or Title *(if known)* — Agent

Address — 9111 Eastex Fwy Ste 600,

Houston | TX | 77093
City | State | Zip Code

County
Telephone Number
E-Mail Address *(if known)*

[✔] Individual capacity   [ ] Official capacity

Defendant No. 4

Name — Cyntera Jnofinn

Job or Title *(if known)* — Agent

Address — 9111 Eastex Fwy Ste 600,

Houston | TX | 77093
City | State | Zip Code

County
Telephone Number
E-Mail Address *(if known)*

[✔] Individual capacity   [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 3

| | |
|---|---|
| Name | Cyntera Jnofinn |
| Job or Title *(if known)* | Agent |
| Address | 9111 Eastex Fwy Ste 600, |
| | Houston     TX     77093 |
| | *City*     *State*     *Zip Code* |

County
Telephone Number
E-Mail Address *(if known)*

[✔] Individual capacity     [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Uriah Barnaby |
| Job or Title *(if known)* | HIGHERUP |
| Address | 2525 Murworth Dr, |
| | Houston     TX     77054 |
| | *City*     *State*     *Zip Code* |

County
Telephone Number
E-Mail Address *(if known)*

[✔] Individual capacity     [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 3

| | |
|---|---|
| Name | Cecilia Weisberg |
| Job or Title *(if known)* | |
| Address | 9111 Eastex Fwy Ste 600, |
| | Houston                    TX            77093 |
| | *City*                   *State*        *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity      [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Martha Wilkins |
| Job or Title *(if known)* | |
| Address | 9111 Eastex Fwy Ste 600, |
| | Houston                    TX            77093 |
| | *City*                   *State*        *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity      [ ] Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[✔]   Federal officials (a *Bivens* claim)

[✔]   State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed

A. Where did the events giving rise to your claim(s) occur? My home May 2009 in Spring TX, June 17, 2024, My mom home 910 Pollard St Houston TX 77020, and October 20244My mom home 910 Pollard St Houston TX 77020

B. What date and approximate time did the events giving rise to your claim(s) occur? May 2009 – CPS agents filed or supported false allegations and submitted misleading documentation to the court, triggering a wrongful investigation and violations of my parental rights. Cyntera Jnofinn June 2024 to July 2024 Salena Williams haring my case with other people
Melanie Turner- wouldn't investigate claims, refusal to return calls, denial of due process, and collusion with other agencies despite affidavits clearing my name. Sharing my case with other people on a recorded line

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened? May 2009 – CPS agents filed or supported false allegations and submitted misleading documentation to the court, triggering a wrongful investigation and violations of my parental rights. Cyntera Jnofinn

June 2024 to July 2024 Salena Williams haring my case with other people not doing her job
Melanie Turner- wouldn't investigate claims, refusal to return calls, denial of due process, and collusion with other agencies despite affidavits clearing my name. Sharing my case with other people on a recorded line. Involved -Tiffany Helaire, Jeanetta Helaire, Bryson Newsome, and Gregory Hanna

### IV. Injuries
**If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive**

As a direct result of the actions taken by CPS agents and supervisors—including Melanie Turner, Martha Wilkins, Salena Williams, and Cyntera Jnofinn—I suffered significant emotional distress, psychological trauma, and mental anguish.

The false reports, unlawful interference with my parental rights, denial of visitation without cause, and repeated disregard for evidence in my favor caused me prolonged episodes of:
Severe anxiety and panic attacks, Insomnia and chronic fatigue, Elevated blood pressure
Depression and emotional breakdowns, Feelings of helplessness, humiliation, and degradation

I sought mental health counseling, but due to financial hardship and the overwhelming stress caused by these false allegations and prolonged proceedings, I was unable to continue consistent treatment. I continue to experience the emotional fallout of this prolonged trauma.

These injuries are ongoing, and I reserve the right to seek compensatory and punitive damages for the emotional harm inflicted on me and the unlawful violation of my civil rights under 42 U.S. Code § 1983 and related constitutional protections.

### V. Relief
**State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims**
I am asking the Court to:

Award me $500,000 in total damages for emotional distress, mental trauma, reputational harm, loss of time, safety, and disruption of my family life caused by the false allegations, mishandling of reports, and unlawful interference by CPS agents and related officials.

Ensure all false records, reports, or findings made against me are expunged from any CPS or agency files, and that my parental rights are fully restored.

Order an official investigation into the misconduct of all individuals and agencies named in this complaint, and require disciplinary action or termination where appropriate.

Issue a court order protecting me from any retaliation or further harassment by CPS or law enforcement connected to this matter.

Grant any additional relief the Court finds fair and just based on the facts.

### VI. Certification and Closing

**Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:

Is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law;

The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

The complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    07/25/2025

Signature of Plaintiff

Printed Name of Plaintiff    Nameah Helaire

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address