UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 22 2025

Nathan Ochsner, Clerk of Court

Nameah Helaire,
Plaintiff,

v.                                          Civil Action No. 4:25-cv-03547

Houston Police Department Headquarters,
Defendant.

---

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff **Nameah Helaire** respectfully moves this Court for entry of a default judgment against Defendant, **Houston Police Department Headquarters**, and in support states as follows:

### I. BACKGROUND

1. Plaintiff filed the Complaint on 9/2025
2. Defendant was served on 9/4/2025, as documented in the Proof of Service filed on 9/4/2025.
3. Defendant failed to answer or otherwise respond within the 21-day period required by Rule 12(a).
4. On [Insert Date of Clerk's Entry of Default], the Clerk entered default pursuant to Rule 55(a).
5. Defendant is a public agency and is not an infant, incompetent, or subject to the Service members Civil Relief Act.

### II. RELIEF REQUESTED

Plaintiff seeks the following relief:

- An order compelling the production of documents subpoenaed from Houston Police Department Headquarters;
- [Optional: If seeking damages] Monetary damages in the amount of $[Insert Amount], supported by evidence;
- [Optional] Declaratory or injunctive relief deemed just and proper by the Court.

Plaintiff is prepared to submit supporting evidence and testimony upon the Court's request to prove entitlement to the requested relief.

### III. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment by default in favor of Plaintiff and against Defendant **Houston Police Department Headquarters**, and grant such further relief as this Court deems just and proper.

Dated: 10/22/2025

Respectfully submitted,

*[signature]*

Nameah Helaire
910 Pollard St
Houston Tx 77020
470-285-0714
Pro Se Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Nameah Helaire,
Plaintiff,

v.                                                    Civil Action No. 4:25-cv-03547

Houston Police Department Headquarters,
Defendant.

---

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff **Nameah Helaire** respectfully requests that the Clerk enter default against Defendant, **Houston Police Department Headquarters**, for failing to plead or otherwise defend as required by the Federal Rules.

### FACTUAL BASIS

1. Plaintiff filed the Complaint on 10/22/2025.
2. Defendant was served with the Summons and Complaint on 9/4/2025, as reflected in the Proof of Service filed with this Court on 9/4/2025.
3. As of the date of this request, more than 21 days have passed since service.
4. Defendant has not filed an answer, motion, or other responsive pleading.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter the default of Houston Police Department Headquarters** pursuant to Rule 55(a).

Dated: 10/22/2025

Respectfully submitted,

*/s/ Nameah Helaire*

Nameah Helaire
910 Pollard St
Houston Tx 77020
470-285-0714
Pro Se Plaintiff

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment by default in favor of Plaintiff and against Defendant **Houston Police Department Headquarters**, and grant such further relief as this Court deems just and proper.

Dated: 10/22/2025

Respectfully submitted,

Nameah Helaire
910 Pollard St
Houston Tx 77020
470-285-0714
Pro Se Plaintiff